IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In Re: Larry Ready,
       Debtor.

Case No: 04-16734

## RESPONSE OF CHECKCARE SYSTEMS TO TRUSTEE'S OBJECTION TO CLAIM

COMES NOW Checkcare Systems, by and through counsel, and responds to the Objection of the Trustee to Claim No. 11 filed by Checkcare Systems, which objection asserts that the claim of Checkcare Systems is not due to be paid as secured and that the claim was filed past the bar date, by stating that the claim should be paid as secured and was timely filed and as grounds would show unto this Court the following:

1. In the original schedule and petition, the Debtor listed real estate owned which was valued at $154,000.00. The Debtor also listed a balance owed in the amount of $135,000.00. The Debtor also exempted $5,000.00 which would have left approximately $15,000.00 in non-exempt equity for any Judgment lien to attach. In addition, a Judgment lien attaches to any property of the Debtor, whether real or personal.

2. Checkcare Systems has a Judgment which is recorded in the Mobile County Probate Office, a copy of which is attached hereto. Such Judgment operates as a lien on the non-exempt real property owned by the Debtor. This is the reason that Checkcare Systems filed a secured claim.

3. The claims bar date was September 6, 2005. The undersigned attorney tried frantically to electronically file a claim prior to the bar date but was prohibited from doing so because of the failure of the CMECF System to work because of Hurricane Katrina. The undersigned attorney called and spoke with Bill Rotureau in the Bankruptcy Court in Mobile at or about this time, and the undersigned attorney was told that all deadlines would be extended because of Hurricane Katrina. Attached to this response is an Order signed by Judges Shulman and Mahoney extending all deadlines to September 13, 2005. The claim in this case was filed on or about September 7, 2005, so the claim would have been timely.

WHEREFORE, for the above reasons, Checkcare Systems respectfully requests that the Court deny the Trustee's Objection and allow this claim to be paid as secured for the above reasons and any other reasons that may be brought out at a hearing in this matter.

                                    /s/ Richard C. Dean, Jr.
                                    Attorney for Checkcare Systems

OF COUNSEL:
P.O. Box 1028
Montgomery, AL 36101-1028
(334) 264-2695
abd

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document has been served upon the following by electronic transmittal or by placing the same in the U.S. Mail, postage prepaid, this 24th day of February, 2005:

Lynn Harwell Andrews, Esq.
P.O. Box 2094
Fairhope, AL 36533

                                        /s/ Richard C. Dean, Jr.
                                        OF COUNSEL

```
                    2004081878  Book-5682 Page-1125
                          Total Number of Pages: 1
```

AVS0312                 ALABAMA JUDICIAL DATA CENTER
                              MOBILE      COUNTY
                           CERTIFICATE OF JUDGEMENT

                                                    DV 2003 002784.00
                                                    CHARLIE MCKNIGHT

```
        IN THE DISTRICT COURT OF   MOBILE     COUNTY
CHECKCARE SYSTEMS VS LARRY READY & READY MEDICAL EQUIPMENT INC


  DEFENDANT                              PARTY'S ATTORNEY:

  READY LARRY  & READY MEDICAL EQUIPMENT INC   MILLS JAMES D
  6409 HILLCREST PARK COURT                    P O BOX 10631

  MOBILE         ,AL  36695-0000               BIRMINGHAM      ,AL  35202


  I, SUSAN F. WILSON           , CLERK OF THE ABOVE NAMED COURT HEREBY
  CERTIFY THAT ON 05/20/2004 PLAINTIFF, CHECKCARE SYSTEMS           RECOVERED
  OF DEFENDANT IN SAID COURT A JUDGEMENT WITHOUT WAIVER OF EXEMPTIONS FOR THE
  SUM OF      $1,500.00 DOLLARS PLUS         $146.00 DOLLARS COURT COSTS, AND
  THAT THE   PLAINTIFF'S  ATTORNEY(S) OF RECORD WAS:  DEAN RICHARD C JR




  GIVEN UNDER MY HAND THIS DATE 09/23/2004


                                         _____Susan F. Wilson_____
                                         CLERK:SUSAN F. WILSON
                                               205 GOVERNMENT ST RM 317
                                               MOBILE   AL  36644
                                               (251)574-8526
```

OPERATOR: SHE
PREPARED: 09/23/2004

PLAINTIFF'S ATTORNEY:

```
                                State of Alabama-Mobile County
                                I certify this instrument was filed on:
                                   Thursday, November 04, @  12:56:03 PM
                                               2004
                                S.R. FEE                          $2.00
                                RECORDING FEES                    $3.50
                                TOTAL AMOUNT                      $5.50

                                2004081878
                                Don Davis, Judge of Probate
```

DEAN RICHARD C JR
P.O. BOX 1028

MONTGOMERY  AL  36101

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In Re: Official Emergency Order                                   Order No. 05-02

    IT IS HEREBY noted that due to damage to the Court's telephone lines and Internet service caused by Hurricane Katrina, this Court's Electronic Case Filing system was out of service during the week beginning August 29, 2005.

    IT IS HEREBY ORDERED that, because of the break in service of this Court's Electronic Case Filing system due to damage caused by Hurricane Katrina, any deadlines in pending cases and payment dates for Chapter 13 plan payments due on or after August 29, 2005, through September 2, 2005, are hereby extended until the close of business Tuesday, September 13, 2005. All documents filed or Chapter 13 plan payments made by Tuesday, September 13, 2005, in response to deadlines that occurred within the time period cited above will be deemed timely.

    If additional time is required due to extenuating circumstances related to Hurricane Katrina, the Court will consider these on a case-by-case basis upon properly filed motion.

DATED: September 6, 2005

*/s/ William S. Shulman*
WILLIAM S. SHULMAN
CHIEF U.S. BANKRUPTCY JUDGE

*/s/ Margaret A. Mahoney*
MARGARET A. MAHONEY
U.S. BANKRUPTCY JUDGE