UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In Re

LARRY WILLARD READY, SR.                              Case No. 04-16734-WSS-7

   Debtor(s).

## TRUSTEE'S OBJECTION TO CLAIM

---

**NOTICE OF OPPORTUNITY TO
OBJECT AND FOR HEARING**

Pursuant to Local Standing Order, the Court will consider this objection without further notice or hearing unless a party in interest files a written objection within 30 days from the date of service of this paper. If you object to the relief requested in this paper, you must file your written objection stating the specific ground or grounds on which your objection is based with the Clerk of the Court at 201 St. Louis Street, Mobile, Alabama, 36602, and serve a copy on the Movant, Lynn Harwell Andrews, Trustee, P. O. Box 2094, Fairhope, Alabama, 36533.

If you file and serve a written objection stating the specific ground or grounds on which your objection is based within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a proper written objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

Comes now Lynn Harwell Andrews, the Trustee herein, and objects to Claim No. 7 filed by the United States Department of Treasury, Internal Revenue Service on January 26, 2005 in the amount of $86,167.94. As grounds for this objection, the Trustee shows that a portion Claim No. 7 was filed as a secured tax lien, and there is no property of the estate to which a security interest attaches.

WHEREFORE, the Trustee prays that the Court will enter an order sustaining her objection and allowing Claim No. 7 of the United States Department of Treasury, Internal Revenue Service as an unsecured tax priority claim in the sum of $63,505.34 and a general unsecured claim in the amount of $22,662.60.

Dated: April 11, 2006

*signature: Lynn Andrews*

LYNN HARWELL ANDREWS, Trustee
P. O. Box 2094
Fairhope, Alabama 36533
(251) 929-7922

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the Trustee's Objection to Claim was sent electronically or via U.S. First Class Mail, postage paid, to the following on this 11th day of April 2006.

*signature: Lynn Andrews*

LYNN HARWELL ANDREWS

Copies to:

Internal Revenue Service
Special Procedures Staff
801 Tom Martin Drive
Stop R126
Birmingham, AL 35211

United States Attorney
Riverview Plaza, Suite 600
63 S. Royal Street
Mobile, Alabama 36602

United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Internal Revenue Service
P. O. Box 21126
Philadelphia, PA 19114

Internal Revenue Service
Insolvency
1555 Poydras Street, Suite 220
Stop 31
New Orleans, LA 70112