UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In Re

LARRY WILLARD READY, SR.　　　　　　　　　　　Case No. 04-16734-WSS-7

　　Debtor(s).

## **ORDER**

This matter came before the Court on the Trustee's Objection to Claim No. 7 filed by the United States Department of Treasury, Internal Revenue Service. The objection was served upon all parties in interest with the negative notice legend informing them of their opportunity to object within 30 days of the date of service. No party filed a written objection stating a specific ground or grounds on which the objection is based within the time permitted. The Court considers the matter to be unopposed. Based upon the Objection, the Court finds that the claim should be allowed as an unsecured tax priority claim and a general unsecured claim.

Therefore, it is ORDERED that the Trustee's Objection to Claim No. 7 filed by the United States Department of Treasury, Internal Revenue Service on January 26, 2005, in the amount of $86,167.94, is SUSTAINED, and the claim is ALLOWED as an unsecured tax priority claim in the sum of $63,505.34, and a general unsecured claim in the amount of $22,662.60.

Dated:　May 16, 2006

　　　　　　　　　　　　　　　　　　　　　_/s/ William S. Shulman_
　　　　　　　　　　　　　　　　　　　　　WILLIAM S. SHULMAN
　　　　　　　　　　　　　　　　　　　　　CHIEF U.S. BANKRUPTCY JUDGE