Form B271 (Official Form 271)

# United States Bankruptcy Court
Southern District of Alabama

In Re:  
Larry Willard Ready Sr.  
aka Larry W. Ready  
aka Larry Ready  
aka Larry W. Ready Sr.  
aka Larry Willard Ready  
xxx–xx–4135

Case Number: 04–16734

## *FINAL DECREE*

The estate of the above named debtor has been fully administered. Lynn Harwell Andrews is discharged as trustee of the estate of the above−named debtor and the bond is cancelled:

The Chapter 7 case of the above named debtor is closed; and the surety or sureties on said bond be, and they hereby are released further liability thereunder, except any liability which may have accrued during the time such bond was in effect.

Date: 11/15/06

WILLIAM S. SHULMAN  
UNITED STATES BANKRUPTCY JUDGE