IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

In re

LARRY WILLARD READY, SR.

Debtor                              Case No. 04-16734-WSS-7

## NOTICE OF APPEARANCE

Comes now the undersigned and makes this his appearance in this case on behalf of the debtor.

/s/Theodore L. Hall
THEODORE L. HALL
Attorney for Debtor(s)
2602 Dauphin Street
Mobile, AL 36606
(251) 479-0619