UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE:

LARRY WILLARD READY,

DEBTOR.  CASE NO. 04-16734-WSS-7

## ORDER

This matter came on for hearing upon the debtor's motion to reopen case to avoid judgment liens, and for waiver of the fee to reopen. Due notice of the hearing was given, and appearances were made as noted in the record. It appears that the court has jurisdiction of this matter, which is a core proceeding. It also appears that the motion is due to be granted.

It is therefore ORDERED as follows:

1. This case is REOPENED for the debtor to seek to avoid judgment liens.

2. The filing fee for reopening this case is WAIVED.

Dated:   November 19, 2009

_____
WILLIAM S. SHULMAN
CHIEF U.S. BANKRUPTCY JUDGE