# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| LARRY WILLARD READY | * | CASE NO. 04-16734-WSS |
| Debtor | * | CHAPTER 7 |
| | * | |

## NOTICE OF APPEARANCE

COMES NOW, KENT D. MCPHAIL, and files this his notice of appearance on behalf of the creditor, STEIN INVESTMENTS, in the above referenced matter.

Respectfully submitted,

/s/ KENT D. MCPHAIL
KENT D. MCPHAIL
Attorney for Creditor
126 Government Street
Mobile, AL 36602
(251) 438-2333

## CERTIFICATE OF SERVICE

I, KENT D. MCPHAIL, do hereby certify that I have on this the 4th day of December, 2009, served a copy of the above and foregoing notice by mailing a copy of same to THEODORE L. HALL, 2602 DAUPHIN STREET, MOBILE, AL 36606-4802 AND LYNN HARWELL ANDREWS, P. O. BOX 2094, FAIRHOPE, AL 36533 by United States mail, first class postage prepaid or electronic means.

/S/ KENT D. MCPHAIL
KENT D. MCPHAIL